IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40053
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CHUCKY RAY JOHNSON, SR.,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:93-CR-214
- - - - - - - - - - -
December 9, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Chucky Ray Johnson, Sr., appeals his convictions and
sentence for conspiracy to possess with intent to distribute
cocaine base and possession with intent to distribute cocaine
base.  Johnson argues that the evidence is insufficient to
support his convictions and that the district court clearly erred
in determining the quantity of cocaine base on which his sentence
should be based.  Having reviewed the record and the briefs of
the parties, we AFFIRM.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.